AMERICAN CIVIL LIBERTIES UNION OF OHIO, et al., Plaintiffs–Appellants,

v.

CAPITOL SQUARE REVIEW AND ADVISORY BOARD, et al., Defendants–Appellees.

No. 98–4106.

United States Court of Appeals, Sixth Circuit.

July 14, 2000.

Before: MARTIN, Chief Judge; MERRITT, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the appellants file a supplemental brief not later than Monday, August 14, 2000 and the appellees file a supplemental brief not later than Friday, September 15, 2000.

The Clerk will schedule this case for argument as directed by the court.

A. Carl HELWIG, on Behalf of Himself and All Others Similarly Situated, et al., Plaintiffs–Appellants,

v.

VENCOR, INC., et al., Defendants–Appellees.

No. 99–5153.

United States Court of Appeals, Sixth Circuit.

July 14, 2000.

Before: MARTIN, Chief Judge; MERRITT, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the appellants file a supplemental brief not later than Monday, August 14, 2000 and the appellees file a supplemental brief not later than Friday, September 15, 2000.

The Clerk will schedule this case for reargument as directed by the court.